Leigh A. White, State Bar No. 167477
lwhite@cdflaborlaw.com
Joel Van Parys, State Bar No. 227387
jvanparys@cdflaborlaw.com
Jeffrey C. Bils, State Bar No. 301629
jbils@cdflaborlaw.com
CAROTHERS DISANTE & FREUDENBERGER LLP
18300 Von Karman Avenue, Suite 800
Irvine, CA 92612
Telephone: (949) 622-1661

Attorneys for Defendant
TENNANT COMPANY

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD WATSON, an Individual, Individually and on behalf of all others similarly situated, and the general public,<br><br>Plaintiff,<br>v.<br>TENNANT COMPANY, a Minnesota Corporation, and DOES 1 through 50, inclusive,<br><br>Defendant. | Case No. 2:18-CV-02462-WBS-DB<br><br>[Removed from Solano County Superior Court, Case No. FCS051313]<br><br>**STIPULATION AND [PROPOSED] ORDER DISMISSING SIXTH CAUSE OF ACTION FOR CONVERSION WITH PREJUDICE**<br><br>Action Filed: August 7, 2018 |

CAROTHERS DiSANTE & FREUDENBERGER LLP

Stip. And Proposed Order Dismissing Conversion Cause of Action

1     IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES, THROUGH THEIR

2 COUNSEL OF RECORD, AS FOLLOWS:

3     1.     On August 15, 2019, the California Supreme Court decided *Voris v. Lampert*, Case

4 No. S241812, holding that a claim for unpaid wages does not support a cause of action for

5 conversion.

6     2.     In this case, Plaintiff's First Amended Complaint ("FAC") contains, as the Sixth

7 Cause of Action, a claim for conversion. The FAC also has in its Prayer for Relief, in paragraph 8,

8 a claim for punitive damages based on the conversion cause of action.

9     3.     Based on the *Voris v. Lampert* decision, Plaintiff agrees to dismiss, with prejudice,

10 his Sixth Cause of Action for conversion and paragraph 8 of the Prayer for Relief based on that

11 Cause of Action from the FAC.

12     4.     Each Party shall bear his and its own costs and attorneys' fees in connection with

13 the dismissal of the Sixth Cause of Action and paragraph 8 of the Prayer for Relief.

15     IT IS SO STIPULATED.

17 Dated: August 27, 2019     CAROTHERS DISANTE & FREUDENBERGER LLP

19     By: /s/ *Leigh A. White*
    Leigh A. White
20     Attorneys for Defendant
    TENNANT COMPANY

22 Dated: August 27, 2019     ALIREZA ALIVANDIVAFA, ESQ.

24     By: /s/ *Alireza Alivandivafa* (as authorized on 8/27/19)
25     Alireza Alivandivafa
    Attorneys for Plaintiff
26     EDWARD WATSON

Dated: August 27, 2019        LIGHT LAW GROUP, APC


By: /s/ *Azad M. Marvazy* (as authorized on 8/27/19)
        Azad M. Marvazy
Attorneys for Plaintiff
EDWARD WATSON

* * * * * * * * * * * * * * * * * * * *

Based on the above Stipulation and GOOD CAUSE APPEARING, the Court hereby ORDERS that the Sixth Cause of Action for conversion and paragraph 8 of the Prayer for Relief seeking punitive damages based on the conversion cause of action are hereby dismissed with prejudice. Each Party shall bear his or its own costs and attorneys' fees in connection with this dismissal.

Dated: August 30, 2019

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

CAROTHERS DiSANTE & FREUDENBERGER LLP